**John A. FORD, Appellant**

v.

**United States DEPARTMENT OF JUSTICE, et al., Appellees**

**No. 16-5294**
**September Term, 2016**

United States Court of Appeals, District of Columbia Circuit.

Filed: 11/09/2016

**1:15-cv-00808-BAH**

John A. Ford, Pro Se.

Warden (Milan FCI), Federal Correctional Institution, Milan FCI, Milan, MI, for Plaintiff–Appellant.

Christopher Hair, Special Assistant U.S. Attorney, U.S. Attorney's Office (USA), Appellate Division, R. Craig Lawrence,

**10**

U.S. Attorney's Office (USA), Civil Division, Washington, DC, for Defendants–Appellees.

## ORDER

Upon consideration of appellant's motion for voluntary dismissal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith.